The People of the State of New York, Respondent,
against
Lowman J. Clark, Appellant.




John R. Lewis, for appellant.
Westchester County District Attorney, for respondent (no brief filed).

Appeal from a judgment of the City Court of White Plains, Westchester County (Brian Hansbury, J., at plea; Eric P. Press, J., at sentencing), rendered February 10, 2017. The judgment convicted defendant, upon his plea of guilty, of tampering with public records in the second degree, and imposed sentence. Assigned counsel has submitted a brief in accordance with Anders v California (386 US 738 [1967]), seeking leave to withdraw as counsel.




ORDERED that the judgment of conviction is affirmed.
We are satisfied with the sufficiency of the brief filed by defendant's assigned counsel pursuant to Anders v California (386 US 738 [1967]), and, upon an independent review of the record, we conclude that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is, therefore, granted (see id.; Matter of Giovanni S. [Jasmin A.], 89 AD3d 252 [2011]; People v Paige, 54 AD2d 631 [1976]; cf. People v Gonzalez, 47 NY2d 606 [1979]).
TOLBERT, J.P., GARGUILO and EMERSON, JJ., concur.

ENTER:
Paul Kenny
Chief Clerk
Decision Date: March 21, 2019